# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MENTOR GROUP, L.L.C.,**

      **Plaintiff,**

-vs-                                      **Case No. 6:09-cv-874-Orl-28GJK**

**JOHN WU, an individual doing business as Ite Wholesale,**

      **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 20) filed March 18, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 19, 2010 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment is **GRANTED in part** and **DENIED in part.**

3. Default judgment is entered in favor of Plaintiff and against Defendant John Wu as set forth below.

4. Having defaulted, Defendant John Wu is deemed to have admitted, and thus does not dispute, that Plaintiff's U.S. Patent No. 6,550,832 is valid, and that at least one of

claims 1-3 and 6-16 are infringed by those knives sold by Defendant that are listed in Exhibit 3 to the Complaint.

5. Having defaulted, Defendant John Wu is deemed to have admitted, and thus does not dispute, that Plaintiff's U.S. Patent 6,675,484 is valid, and that at least one of claims 1-5, 7-10, 12-18 and 20-44 are infringed by those knives sold by Defendant that are listed in Exhibit 3 to the Complaint,

6. Defendant John Wu, his agents, officers, assigns, and all others acting in concert with Defendant are permanently enjoined from making, using, selling, offering to sell within the United States, or importing into the United States, all knives listed on Exhibit 3 to the Complaint by any name or designation and any other knives or things that infringe U.S. Patent Nos. 6,550,832 or 6,675, 484.[1]

7. The Clerk is directed to enter judgment in favor of Plaintiff as set forth above and to then close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of June, 2010.

moll

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] The Complaint included U.S. Patent No. 5,822,866 but Plaintiff did not include the '866 patent in its proposed Default Judgment and Order (Doc. No. 20-1), and did not object to its exclusion in the Report and Recommendation; it is thus not included in this Order.